**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DIST**
**EASTERN DIV**

15CV534
JUDGE THARP JR
MAG. JUDGE GILBERT

MICHAEL SULLIVAN                                    )
                                                    )
_____                     )
                                                    )
_____                     )    CIVIL ACTION
(Name of the plaintiff or plaintiffs)               )
                                                    )
              v.                                     )    NO._____
                                                    )
NOVA FIRE PROTECTION                                )
_____                     )
                                                    )    **FILED**
_____                     )    1-20-15
                                                    )    JAN 2 0 2015
_____                     )
(Name of the defendant or defendants)               )    THOMAS G. BRUTON
                                                         CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  This is an action for employment discrimination.

2.  The plaintiff is _____Michael Sullivan_____ of the

county of _____Cook_____ in the state of __Illinois_____.

3.  The defendant is ___NOVA FIRE PROTECTION_____, whose

street address is ___1530 Wiley Road_____,

(city)_Schaumburg___ (county)_Cook_____ (state)___IL_____ (ZIP)__60173____

(Defendant's telephone number) ___(847_)__–885-1605_____

4.  The plaintiff sought employment or was employed by the defendant at (street address)
    Salvation Army/Ray A. Kroc Center
    11900 S. Loomis Street_____ (city)___Chicago_____

(county)___Cook____ (state)___IL____ (ZIP code)_____

5. The plaintiff [*check one box*]

   (a) ☐  was denied employment by the defendant.

   (b) ☐  was hired and is still employed by the defendant.

   (c) ☒  was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)___April___, (day)_27____, (year)_2011____.

7.1 ___(*Choose paragraph 7.1 or 7.2, do not complete both.*)

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*]  ☐ *has not*  ☒ *has*  filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i)  ☒ the United States Equal Employment Opportunity Commission, on or about (month)___June___ (day)_30____ (year)__2011___.

   (ii)  ☒ the Illinois Department of Human Rights, on or about (month)__July_____ (day)_20____ (year)_2011____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached.  ☒ YES.  ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2  The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____
(day) _____ (year) _____.

(c)    Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES    ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES    ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐    the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b)☒    the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue,* which was received by the plaintiff on

(month)_October____ (day)_31_____ (year)_2014_____ a copy of which

*Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a)☐    Age (Age Discrimination Employment Act).

(b)☐    Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e)☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f)☐ Religion (Title VII of the Civil Rights Act of 1964)

(g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a)☐ failed to hire the plaintiff.

(b)☒ terminated the plaintiff's employment.

(c)☐ failed to promote the plaintiff.

(d)☐ failed to reasonably accommodate the plaintiff's religion.

(e)☐ failed to reasonably accommodate the plaintiff's disabilities.

(f)☐ failed to stop harassment;

(g)☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h)☒ other (specify): Denied Plaintiff terms, conditions, privileges and benefits of employment extended to non-Black employees; relegated Plaintiff to racially segregated position;

retaliated against Plaintiff for exercising his right to be free from racially discriminatory policies and practices of

Defendant; maintaining a racially discriminatory hostile environment;

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:
I was hired on april 27, 2011 and relegated to a Sprinkler Fitter position, ~~denied other positions, the same work hours as other non-Black~~ employees. When I questioned the disparity in treatment, my ~~hours were further cut.~~

~~Under the pretext or a lay-off~~ for lack of work, Defendant terminated my employment without cause but hirednon-Black employees at the same time. Defendant ~~discriminated against me because of my race (African-American)~~ and retaliated against me questioning Defendant's racially ~~discriminatory policies and practices in violation of Title VII~~ of the 1964 Civil Rights Act, as amended.

_____

14. *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☒ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): cease its racially discriminatory and retaliatory actions, practices and policies against Plaintiff

_____

and all non-Black employees similarly situated; place Plaintiff in employment positions commensurate with his qualfications and applications; pay Plaintiff back wages from April 27, 2011 to date of decision at the full-time rate/hours non- Black employees were paid and Plaintiff was hired to perform but was denied because of Defendant's discriminatory actions, deprivations and treatment of Plaintiff.

(g) [X] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [X] Grant such other relief as the Court may find appropriate.


(Plaintiff's signature)

*Michael Sullivan*

(Plaintiff's name)

Michael Sullivan


(Plaintiff's street address)

9906 S. Parnell




(City) Chicago          (State) IL          (ZIP) 60628

(Plaintiff's telephone number) ( 708 ) – 536-0586


Date:  1/20/2015


6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 440-2011-03490 |

Illinois Department Of Human Rights                                    and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Michael Sullivan | (708) 536-0586 | 05-23-1962 |
| Street Address                        City, State and ZIP Code | | |
| 9906 S. Parnell, Chicago, IL 60628 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| NOVA FIRE PROTECTION | 15 - 100 | (847) 885-1605 |
| Street Address                        City, State and ZIP Code | | |
| 1530 Wiley Road, Schaumburg, IL 60173 | | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |
| Street Address                        City, State and ZIP Code | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[X] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[ ] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| | 06-24-2011 |

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with Respondent in April 27, 2011. My most recent position was Sprinkler Fitter. During my employment, I was subjected to different terms and conditions, including but not limited to, lesser hours and job assignments, than other non-Black employees. I was laid off on or about June 24, 2011.

I believe I have been discriminated against, because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC

JUN 3 0 2011

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Jun 30, 2011    *[signature]*<br>Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

**Illinois Department Of Human Rights**

State or local Agency, if any

and EEOC

| Name (indicate Mr., Ms., Mrs.) | | | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|---|---|
| **Mr. Michael Sullivan** | | | **(708) 536-0596** | **06-23-1962** |
| Street Address | City, State and ZIP Code | | | |
| **9906 S. Parnell, Chicago, IL 60628** | | | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|---|
| **NOVA FIRE PROTECTION** | | **15 - 100** | **(847) 885-1605** |
| Street Address | City, State and ZIP Code | | |
| **1630 Wiley Road, Schaumburg, IL 60173** | | | |

| Name | | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|---|
| | | | |
| Street Address | City, State and ZIP Code | | |
| | | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                    Latest
                          **06-24-2011**

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent in April 27, 2011. My most recent position was Sprinkler Fitter. During my employment, I was subjected to different terms and conditions of employment, including but not limited to, lesser hours and job assignments, than other non-Black employees. I complained to Respondent to no avail. Subsequently, I was laid off on or about June 24, 2011.

I believe I have been discriminated against, because of my race, Black, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC

JUL 20 2011

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

July 20, 2011
Date                    Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 161-A (11/09)

## U.S. Equal Employment Opportunity Commission

### Notice of Right to Sue
### (Conciliation Failure)

To: Michael Sullivan
9906 South Parnell Avenue
Chicago, IL 60628

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2011-03490 AMENDED | Alison Fisher, Investigator | (312) 869-8147 |

### TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe*     *10/21/14*

Enclosures(s)

John P. Rowe,
District Director

(Date Mailed)

cc: NOVA FIRE PROTECTION
c/o Angela Shparber, Esq.
Wilson, Elser, Moskowitz, Edelman, & Dicker, LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Chicago District Office

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 869-8000
ENFORCEMENT FAX: (312) 869-8220

CHARGE NUMBER

440-2011-03490
Amended

Charging Party

Michael Sullivan
9906 South Parnell Avenue
Chicago, IL 60628

Respondent

Nova Fire Protection
1530 Wiley Road
Schaumburg, IL 60173

## DETERMINATION

Under the authority vested in me by the Commission's Procedural Regulations, I issue the following determination on the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended (Title VII).

Respondent is a labor organization within the meaning of Title VII and all requirements for coverage have been met.

Charging Party alleges that he was discriminated against because of his race, Black, in that he was subjected to different terms and conditions of employment, including, but not limited to receiving fewer hours and job assignments, in violation of Title VII. Charging Party also alleges that he was discriminated against in retaliation for engaging in protected activity, in that he was laid off, in violation of Title VII.

I have determined that the evidence obtained during the course of the investigation establishes reasonable cause to believe that Respondent discriminated against a class of individuals, including Charging Party, because of their race, Black, in that they were subjected to different terms and conditions of employment, by selecting them for and placing them in less desirable assignments, and by discharging them, in violation of Title VII.

This determination is final. When the Commission finds that violations have occurred, it attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, I invite the parties to join with the Commission in reaching a just resolution of this matter. Disclosure of information obtained by the Commission during the conciliation process will be made only in accordance with the Commission's Procedural Regulations (29 CFR Part 1601.26).

Charge No. 440-2013-03490 Amended
Page 2

If Respondent wishes to accept this invitation to participate in conciliation efforts, they may do so at this time by proposing terms for a conciliation agreement; that proposal should be provided to the Commission representative within 14 days of the date of this determination. The remedies for violations of the statutes we enforce are designed to make the identified victims whole and to provide corrective and preventive relief. These remedies may include, as appropriate, an agreement by Respondent to not engage in unlawful employment practices, placement of identified victims in positions they would have held but for discriminatory actions, back pay, restoration of lost benefits, injunctive relief, compensatory and/or punitive damages, and notice to employees of the violation and the resolution of the claim.

Should Respondent have further questions regarding the conciliation process or the conciliation terms they would like to propose, we encourage them to contact the assigned Commission representative. Should there be no response from Respondent in 14 days, we may conclude that further conciliation efforts would be futile or nonproductive.

On behalf of the Commission:

2/10/14
Date

John P. Rowe
John P. Rowe
District Director